IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDA M. HEARN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 3:12-00670-MJR-PMF |
| B.I. INCORPORATED, | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is defendant's oral motion seeking dismissal for want of prosecution. Plaintiff Brenda M. Hearn was represented by counsel until January 14, 2013, when her counsel was allowed to withdraw (Doc. No. 23). Hearn was served with a copy of that order. She has failed to enter her appearance pro se or through substitute counsel as directed. Hearn also failed to join and participate in a telephone status conference held on March 28, 2013. At that time, defendant reported that Hearn had failed to respond to messages and had failed to serve any response to written requests for discovery. In short, the progress of this case is significantly hampered by a pattern of behavior demonstrating that Brenda M. Hearn no longer intends to prosecute her claims pertaining to her former employment. In these particular circumstances, dismissal without prejudice is appropriate.

IT IS RECOMMENDED that defendant's oral motion to dismiss for want of prosecution be granted. This action should be dismissed without prejudice.

SUBMITTED:  April 1, 2013  .

 s/Philip M. Frazier
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE