IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENDA M. HEARN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-cv-0670-MJR-PMF |
| ) | |
| B.I. INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

ORDER DISMISSING CASE

REAGAN, District Judge:

On April 1, 2013, the Honorable Philip M. Frazier, United States Magistrate Judge, submitted a Report and Recommendation (R&R) recommending that the undersigned District Judge grant Defendant's motion to dismiss this case for want of prosecution. The R&R explains that "the progress of this case [has been] significantly hampered by a pattern of behavior demonstrating that Brenda M. Hearn no longer intends to prosecute her claims pertaining to her former employment" (Doc. 28, p. 1). A notice accompanying the R&R clearly set a deadline (April 18, 2013) for Plaintiff Hearn to file any objections to the recommendation of dismissal for want of prosecution.

As of April 22, 2013, no objections had been filed; nor had a motion seeking to extend the deadline been filed. Accordingly, pursuant to 28 U.S.C. 636(b), the undersigned Judge need not conduct *de novo* review of the R&R. **28 U.S.C. 636(b)(1)(C)("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").** *See also Thomas v. Arn,* 474 U.S. 140 (1985);

***Johnson v. Zema Systems Corp.,*** 170 F.3d 734, 741 (7th Cir. 1999); ***Video Views Inc., v. Studio 21, Ltd.,*** 797 F.2d 538 (7th Cir. 1986).

The Court hereby **ADOPTS** the R&R (Doc. 28) and **DISMISSES** this case for want of prosecution by Plaintiff. Dismissal of this action shall be *without* prejudice.

IT IS SO ORDERED.

DATED April 22, 2013.

s/Michael J. Reagan
Michael J. Reagan
United States District Judge
